**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARC WATERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-08804-LJL |
| v. | ) |
| | ) |
| FLEXION THERAPEUTICS, INC., | ) |
| PATRICK J. MAHAFFY, MICHAEL D. | ) |
| CLAYMAN, SCOTT A. CANUTE, | ) |
| SAMUEL D. COLELLA, UTPAL | ) |
| KOPPIKAR, ELIZABETH KWO, HEATH | ) |
| LUKATCH, ANN MERRIFIELD, ALAN | ) |
| W. MILINAZZO, MARK STEJBACH, | ) |
| PACIRA BIOSCIENCES, INC., and | ) |
| OYSTER ACQUISITION COMPANY | ) |
| INC., | ) |
| | ) |
| Defendants. | ) |

<u>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff hereby voluntarily dismisses the above-captioned action (the "Action").  Defendants have

filed neither an answer nor a motion for summary judgment in the Action.

Dated: November 19, 2021             **RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
     Seth D. Rigrodsky
     Timothy J. MacFall
     Gina M. Serra
     Vincent A. Licata
     825 East Gate Boulevard, Suite 300
     Garden City, NY 11530
     (516) 683-3516
     sdr@rl-legal.com
     tjm@rl-legal.com
     gms@rl-legal.com
     vl@rl-legal.com

     *Attorneys for Plaintiff*